**David R. CORBIN, Plaintiff—Appellant,**

v.

**BLADEN COUNTY CHILD SUPPORT AGENCY; H. Goldston Womble, Jr.; Donald Sherrill; Alan I. Maynard; Allen W. Rogers; Ajit Naik, MD; Myra Holloway; Donna Parnell; Bill Scarlett; Tommy Griffin; Earl Butler; Vann Parker; Elizabeth Kiever, Defendants–Appellees.**

No. 04–1310.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

David R. Corbin, Appellant pro se.

H. Goldston Womble, Jr., Elizabethtown, North Carolina; James Murrel Cooper, Cooper, Davis & Cooper, Fayetteville, North Carolina; Alan I. Maynard, Elizabethtown, North Carolina; Allen W. Rogers, Fayetteville, North Carolina; Mark E. Anderson, Patterson, Dilthey, Clay, Bryson & Anderson, LLP, Raleigh, North Carolina; Ryan Michael Shuirman, Yates, McLamb & Weyher, Raleigh, North Carolina; Douglas Edward Canders, Cumberland County Attorney's Office, Fayetteville, North Carolina; Grady L. Balentine, North Carolina Department of Justice, Raleigh, North Carolina; Mark Allen Davis, Womble, Carlyle, Sandridge & Rice, Raleigh, North Carolina, for Appellees.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David R. Corbin appeals from the district court's orders dismissing his civil action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Corbin v. Bladen County,* CA–03–181–H–3 (E.D.N.C. Oct. 10, 2003 & Jan. 6, 2004). We deny Ajit Naik's motion for certificate of service default and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*